

**Gabriel E Darwick**

810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 201.368.7228 | Fax 973.718.4352
darwickg@whiteandwilliams.com | whiteandwilliams.com

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 3, 2026

February 27, 2026

**Via ECF:**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> **RE:**  *Zurich American Insurance Company and American Zurich Insurance Company v. XL Insurance America, Inc.* **(1:25-cv-05220-AS)**

Dear Judge Subramanian:

We are counsel to Plaintiffs Zurich American Insurance Company ("ZAIC") and American Zurich Insurance Company ("AZIC") (collectively, "Zurich"). Pursuant to the Court's Individual Practices in Civil Cases, Section 11, we write to seek authority to redact limited text from our Memorandum of Law in Support of our Motion for Summary Judgment and Statement of Material Facts, and to file certain documents under seal.

The redacted and sealed content includes attorney-client communications between defense counsel for Skanska Penn Station Constructors JV, a joint venture between Skanska USA Building and Skanska USA Civil Northeast and Zurich, and settlement communications between Zurich and XL. These communications are all privileged pursuant to the tripartite relationship and FRE 408 but provide important context here for the current dispute.

The parties have met and conferred. Without waiver of any objection Defendant XL Insurance America, Inc. ("XL") may have concerning relevance, admissibility and/or materiality of statements made in such correspondence, XL takes no position concerning whether correspondence between counsel for XL and counsel for plaintiffs should be filed under seal and XL takes no position concerning redaction of text discussing such correspondence in plaintiffs' motion papers.

We thank the Court for its time and consideration.

Very Truly Yours,

WHITE AND WILLIAMS, LLP

/s/ Gabriel Darwick
Gabriel Darwick
810 Seventh Ave., Suite 500
New York, NY 10019
*Attorneys for Plaintiffs,*
*Zurich American Insurance Company and*
*American Zurich Insurance Company*