# QUIRK AND BAKALOR, P.C.

COUNSELORS AT LAW

1205 FRANKLIN AVENUE
GARDEN CITY, N.Y. 11530

(212) 319-1000
FAX (212) 319-1064
WWW.QUIRKBAKALOR.COM

Timothy J. Keane, Shareholder
tkeane@quirkbakalor.com

April 23, 2026

Via ECF:
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE:    *ZURICH AMERICAN INSURANCE COMPANY, ET. AL*
       *v. XL INSURANCE AMERICA, INC. (25-CV-05220-AS)*

Your Honor:

I am Lead Trial Counsel for defendant XL Insurance America, Inc. ("XL").  Pursuant to the Court's Individual Practices in Civil Cases, Section 11, I write to seek authority to redact limited text from XL's Reply Memorandum of Law and to file certain documents under seal.

The proposed redacted and sealed content concerns privileged communications between defense counsel for defendants in an underlying action and representatives of Plaintiffs and XL, insurers of those defendants, and provide information relevant to this proceeding.

The parties have met and conferred. Plaintiffs concur regarding sealing the documents and redaction of confidential information and reserve all rights to object to this Court considering them based on any other ground.

Thank you for your time, courtesy and attention to this matter.

TJK:ka
cc: White and Williams LLP (via ECF)

Very truly yours,

Timothy J. Keane

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2026